[No. 38400-1-II. Division Two. March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. BILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01422-8, Richard A. Strophy, J., entered September 18, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38553-8-II. Division Two. March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU E. NUGENT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00304-3, Toni A. Sheldon, J., entered October 27, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Penoyar, JJ.

[No. 38625-9-II. Division Two. March 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY THOMAS MALM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03255-7, Stephanie A. Arend, J., entered November 14, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38755-7-II. Division Two. March 4, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY RONALD DAUBENSPECK, *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 08-1-00106-5, Brian Altman, J. Pro Tem., entered December 29, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.